Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL BENDOV, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE SWIG COMPANY, LLC, a Delaware Corporation; and Does 1-10,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Plaintiff, Pavel Bendov, hereby prays for relief from this honorable Court, as follows:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff Pavel Bendov ("Bendov") is an individual residing in the state of California.

5. Upon information and belief, Defendant The Swig Company ("Swig") is a Delaware corporation with a principal place of business of 220 Montgomery Street, Suite 950, San Francisco, CA 94104. Swig regularly conducts business in this judicial district through ownings and managing several real estate properties.

6. Upon information and belief, Defendants Does 1-10 (collectively, "Doe Defendants") are other parties not yet identified who have infringed Bendov's copyrights. The true names, whether corporate, individual, or otherwise, of Doe Defendants are presently unknown to Bendov, which therefore sues said Doe Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

7. Upon information and belief, at all relevant times, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and

actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Bendov's rights and the damages to Bendov proximately caused thereby.

## **CLAIMS RELATED TO BENDOV'S SUBJECT PHOTOGRAPHS**

8. Bendov is an award-winning commercial photographer noted for his iconic architectural and interior photographs.

9. Bendov created and owns the six (6) original photographs ("Subject Photographs") depicted below:

| **Subject Photographs** |
|---|
|  |











10. Bendov is the sole and exclusive owner of all rights, including copyrights, in and to the Subject Photographs, and has registered each of the Subject Photographs with the United States Copyright Office and owns registration certificates confirming same.

11. Prior to the acts complained of herein, Bendov widely publicly displayed the Subject Photographs.

12. Upon information and belief, Defendant Swig owns, operates, and/or controls the commercial website *https://www.swigco.com/* and its related/affiliated

subdomains, mobile, websites, applications, and social media pages (collectively, "Swig's Website").

13. Following the publication and display of the Subject Photographs and beginning no later than January 2025, Defendants, and each of them, exploited the Subject Photographs for commercial purpose on Swig's Website including without limitation by reproducing, publicly displaying, and distributing the Subject Photographs on said commercial website without Bendov's authorization or consent ("Offending Uses"). True and correct screen captures of Defendants' Offending Uses are depicted herein below:

| **Offending Uses** |
|---|
| **URL:** https://www.swigco.com/properties/new-york/1100-avenue-of-the-americas |
|  |

<pre>
<pre>
<pre>
<pre>
</pre>
</pre>
</pre>
</pre>

<pre>
<pre>
<pre>
</pre>
</pre>
</pre>


<pre>
<pre>
</pre>
</pre>





8
COMPLAINT



14. In July 2025, Bendov, through counsel, sent correspondence to Swig demanding that it cease-and-desist from its use of the unauthorized copies of the Subject Photographs and provide Bendov with information regarding those uses so the parties could explore an amicable, pre-litigation resolution. Swig failed to remove all of the offending uses from their respective websites and failed to reasonably respond, necessitating this litigation.

15. As of the filing of this action, certain of Swig's infringing uses remain live despite the above cease-and-desist.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants, and Each)**

16. Bendov incorporates by reference herein the allegations contained in the preceding paragraphs.

17. Upon information and belief, Defendants, and each of them, accessed the Subject Photographs, including without limitation by viewing the Subject Photographs on and/or through Bendov's websites, social media pages, profiles, exhibitions, galleries, and/or authorized licensees; third-party websites or Internet search engines; and/or because the unauthorized copies are essentially verbatim copies of, and thus strikingly similar to, the Subject Photographs.

18. Defendants, and each of them, copied, reproduced, displayed, and/or distributed the Subject Photographs for commercial purposes Swig's Website *https://www.swigco.com/* without Bendov's permission.

19. Bendov is informed and believes and thereon alleges that the photographs used by Defendants, used the same elements, composition, colors, arrangement, subject, lighting, angle, and overall appearance of the Subject Photographs and is identical or at least substantially similar to the Subject Photographs.

20. Bendov is informed and believes and thereon alleges that Defendants, and each of them, infringed Bendov's copyright by copying the Subject Photographs and publishing and displaying the Subject Photographs to the public, including without limitation, on Defendants' respective websites, without Bendov's authorization or consent.

21. Due to Defendants', and each of their, acts of infringement, Bendov has suffered general and special damages in an amount to be established at trial.

22. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Bendov's rights in the Subject Photographs. As such, Bendov is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photographs in an amount to be established at trial.

23. Bendov is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which may further subject Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00)

per infringement. Within the time permitted by law, Bendov will make his election between actual damages and statutory damages, if applicable.

## **PRAYER FOR RELIEF**

WHEREFORE, Bendov prays for judgment as follows:

### **Against all Defendants, and Each:**

<u>With Respect to Each Claim for Relief</u>:

a. That Defendants, each of them, their respective agents, and/or anyone else working on behalf of or in concert with Defendants or their respective agents, be enjoined from further exploiting the Subject Photographs for commercial purposes in any manner without Bendov's authorization absent some independent legal right;

b. That Bendov be awarded all profits of Defendants, and each of them, plus all losses of Bendov, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504, 17 U.S.C;

c. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Bendov's intellectual property rights;

d. That Bendov be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

e. That Bendov be awarded its costs and fees under the statutes set forth above;

f. That Bendov be awarded pre-judgment interest as allowed by law;

g. That Bendov be awarded the costs of this action; and

h. That Bendov be awarded such further legal and equitable relief as the Court deems proper.

## JURY DEMAND

Bendov demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: December 11, 2025

By: /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Nelson A. Campbell, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff