Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Nelson A. Campbell, Esq. (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL BENDOV, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE SWIG COMPANY, LLC, a Delaware Corporation; and Does 1-10,<br><br>Defendants. | Case No. 2:25-cv-11767-GW-ASx<br><br>**NOTICE OF DISMISSAL OF ACTION** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Per the aforementioned Rule, no court order is required in connection with this notice of dismissal.

Date: February 5, 2026

Respectfully submitted,
By: */s/ Nelson A. Campbell*
Stephen M. Doniger, Esq.
Nelson A. Campbell, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

1
NOTICE OF DISMISSAL